```
 1  ALEX G. TSE (CABN 152348)
    Acting United States Attorney
 2
    BARBARA J. VALLIERE (DCBN 439353)
 3  Chief, Criminal Division

 4  RITA F. LIN (CABN 236220)
    ANDREW F. DAWSON (CABN 264421)
 5  Assistant United States Attorneys

 6     450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
 7     Telephone: (415) 436-6511
       FAX: (415) 436-7234
 8     Rita.Lin@usdoj.gov

 9  Attorneys for United States of America
```

FILED

MAY 25 2018

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO. 3:18-mj-70674 MAG |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING PRELIMINARY HEARING, EXTENDING TIME UNDER RULE 5.1, AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| BRIAN GUTIERREZ VILLASENOR, | ) |
| Defendant. | ) |

The United States of America, through Andrew F. Dawson, Assistant United States Attorney, and the defendant, Brian Gutierrez and his counsel James Bustamonte hereby stipulate to continue the preliminary hearing in this matter from May 31, 2018, to August 3, 2018.

The defendant agrees that good cause exists to extend the time limits of Rule 5.1(c) to August 3, 2018. The parties agree that good cause exists, taking into account the public interest in the prompt disposition of criminal cases, to extend the time for the preliminary hearing to August 3, 2018. The parties wish to discuss the possibility of a pre-indictment resolution, which would save government and Court resources, and that such discussions will require additional time.

The parties also agree that an exclusion of time is appropriate under the Speedy Trial Act until

STIPULATION TO CONTINUE PRELIMINARY HEARING
Case No. 3:18-mj-70674 MAG                   1

August 3, 2018, for purposes of the effective preparation of counsel, continuity of counsel, and to permit counsel to conduct an investigation and consult with the defendant. In addition, the defendant agrees to exclude for this period of time any time limits applicable under 18 U.S.C. § 3161. The parties also agree that the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

Respectfully submitted,

ALEX G. TSE
Acting United States Attorney

Dated: May 25, 2018

_____
RITA F. LIN
Assistant United States Attorney

Dated: May 25, 2018

_____
JAMES BUSTAMONTE
Attorney for BRIAN GUTIERREZ VILLASENOR

Dated: May 25, 2018

_____
Defendant BRIAN GUTIERREZ VILLASENOR

| | |
|---|---|
| 1 | **[~~PROPOSED~~] ORDER** |
| 2 | Based upon the representation of counsel and for good cause shown, the Court finds that good |
| 3 | cause exists, taking into account the public interest in the prompt disposition of criminal cases, for |
| 4 | extending time under Rule 5.1 and continuing the preliminary hearing in this matter to August 3, 2018. |
| 5 | The Court further finds that failing to exclude time until August 3, 2018, would unreasonably deny the |
| 6 | defendant and counsel the reasonable time necessary for effective preparation, taking into account the |
| 7 | exercise of due diligence, and that exclusion of time will provide for continuity of defense counsel. The |
| 8 | Court further finds that the ends of justice served by exclusion of time until August 3, 2018, from |
| 9 | computation under the Speedy Trial Act outweighs the best interests of the public and the defendant in a |
| 10 | speedy trial. |
| 11 | Therefore, IT IS HEREBY ORDERED that: |
| 12 | (1) The preliminary hearing or arraignment date is set for August 3, 2018, at ~~10:30~~ 9:30 a.m.; and |
| 13 | (2) Good cause exists to extend the time for the preliminary hearing under Rule 5.1 to |
| 14 | August 3, 2018. |
| 15 | (3) The time until August 3, 2018 shall be excluded from computation of any time limits |
| 16 | under the Speedy Trial Act. |

DATED: 5/25/2018

_____
HON. JOSEPH C. SPERO
United States Magistrate Judge

STIPULATION TO CONTINUE PRELIMINARY HEARING
CASE NO. 3:18-70613 MAG     1