UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 3:18-MJ-70674 JCS |
| Plaintiff, | [~~PROPOSED~~] ORDER OF DETENTION |
| v. | |
| BRIAN GUTIERREZ VILLASENOR, | |
| Defendant. | |

Defendant Brian Gutierrez Villasenor has been charged by complaint with distribution of cocaine in violation of 21 U.S.C. § 841(a)(1). The defendant made an initial appearance on May 17, 2018. The matter was first set for a detention hearing on May 25, 2018, and was continued several times at the request of the defendant. The detention hearing was ultimately held on June 22, 2018. The defendant was present and represented by retained counsel James Bustamante.

Pretrial Services submitted a report that recommended release with specified conditions, and a representative of Pretrial Services was present at the hearing. The government moved for detention, and the defendant opposed. Proffers and arguments regarding detention were submitted by the parties at the hearing. In addition, the government submitted a written memorandum in support of the detention

motion.

Upon consideration of the facts, proffers and arguments presented at the hearing and in the government's written motion, and for the reasons stated on the record, the Court finds by a preponderance of evidence that no condition or combination of conditions will reasonably assure the appearance of the defendant. Accordingly, the defendant is ordered detained pending trial.

This order supplements the Court's findings and order at the detention hearing and serves as written findings of fact and a statement of reasons as required by 18 U.S.C. § 3142(i)(1). As noted on the record, the Court makes the following findings as a basis for its conclusion that no condition or combination of conditions will reasonably assure the appearance of the defendant. The defendant fled upon arrest by jumping out the window. It appears that the defendant intended to take two firearms with him while fleeing, including a loaded pistol, which showed a particularly strong determination to flee. In addition, the defendant had six firearms, as well as a large quantity of ammunition (including an extended magazine), in his room. The defendant allegedly participated in a dark net drug trafficking conspiracy, and even if he did not have a role in running the vendor website, his actions show that he was familiar with operations on the dark net. In addition, the defendant had over $600,000 flowing through his accounts. Even if most of that money has been spent, as the defense claims, the defendant bought expensive jewelry, collectors' edition shoes, collectors' edition comic books, and other items that he failed to disclose to Pretrial Services when asked about his savings and assets. The defendant also told Pretrial Services that he was employed as a janitor at Encoding.com, which was not true. These facts demonstrate that no conditions or combination of conditions will reasonably assure defendant's appearance at further proceedings in this case.

Pursuant to 18 U.S.C. § 3142(i), IT IS ORDERED THAT:

1. Defendant Brian Gutierrez Villasenor be, and hereby is, committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.

2. Defendant be afforded reasonable opportunity for private consultation with counsel; and

3. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined shall deliver defendant

to an authorized United States Marshal for the purpose of any appearance in connection with a court proceeding.

    IT SO ORDERED.

DATED: June 27, 2018

_____
THE HONORABLE JOSEPH C. SPERO
Chief United States Magistrate Judge